KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
Velma K. Lim (SBN 111006)
vlim@kroloff.com
Jamie M. Bossuat (SBN 267458)
jbossuat@kroloff.com
7540 Shoreline Drive
Stockton, CA 95219
Telephone: (209) 478-2000
Facsimile:   (209) 478-0354

Attorneys for Defendant
ARIF ALJUBERI

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO BRANCH

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 2:16-cv-00267-TLN-EFB |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT ARIF ALJUBERI TO FILE A RESPONSIVE PLEADING** |
| vs. | |
| ALI ALJABRI; EBRAHIM FADHEL; ARIF ALJUBERI; and DOES 1-10, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff Scott Johnson and defendant Arif Aljuberi, through their respective attorneys, that the deadline for defendant Arif Aljuberi to file a responsive pleading shall be extended by thirty days to April 21, 2016.   There have been no previous extensions of time granted to defendant Arif Aljuberi in this action.  Good cause exists for a time extension as the parties are discussing potential resolution.

Dated:  March 18, 2016         CENTER FOR DISABILITY ACCESS

// *Phyl Grace* w/permission//

PHYL GRACE
Attorneys for Plaintiff
SCOTT JOHNSON

Dated:  March 18, 2016         KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON

//*Velma K. Lim*//

VELMA K. LIM
Attorneys for Defendant
ARIF ALJUBERI