**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO BRANCH**

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 2:16-cv-00267-TLN-EFB |
| Plaintiff, | **ORDER RE: STIPULATION TO EXTEND TIME FOR DEFENDANT ARIF ALJUBERI TO FILE A RESPONSIVE PLEADING** |
| vs. | |
| ALI ALJABRI; EBRAHIM FADHEL; ARIF ALJUBERI; and DOES 1-10, | |
| Defendants. | |

**ORDER**

Upon consideration of the Stipulation to Extend Time for Defendant Arif Aljuberi to File a Responsive Pleading between the parties, and good cause appearing,

IT IS ORDERED that the deadline for defendant Arif Aljuberi to file a responsive pleading shall be extended by thirty days to April 21, 2016

Dated: March 23, 2016

Troy L. Nunley
United States District Judge