UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---o0o---

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:16-CV-00267-TLN-EFB |
| Plaintiff, | **ORDER SETTING ASIDE DEFAULTS AND PERMITTING DEFENDANTS ALI ALJABRI AND EBRAHIM FADHEL TO ANSWER** |
| vs. | |
| ALI ALJABRI; EBRAHIM FADHEL; ARIF ALJUBERI; AND DOES 1-10, | |
| Defendants. | |

Plaintiff SCOTT JOHNSON and defendants ALI ALJABRI and EBRAHIM FADHEL, by and through their respective attorneys, having stipulated to same, and good cause appearing, the court orders as follows:

1. The defaults of ALI ALJABRI and EBRAHIM FADHEL entered by the Clerk on March 28, 2016 (docket nos. 11 and 12) are set aside, and

/ / /

1

ORDER

2. Defendants ALI ALJABRI and EBRAHIM FADHEL are allowed ten days from entry of the order in which to file their answer to the complaint.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 21, 2016

_____
Troy L. Nunley
United States District Judge